IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CR-00199-RJC-DCK

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| FRED CARRASCO JR. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's Motion to Reconsider, (Doc. No. 79), the denial of his Motion for Compassionate Release, (Doc. No. 75), following his request for relief from the warden of his institution.

Local Criminal Rule 47.1(D) provides that the government is not required to respond to pro se motions unless ordered by the Court.

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the Motion for Compassionate Release within fourteen (14) days of the entry of this Order.

Signed: June 24, 2020

Robert J. Conrad, Jr.
United States District Judge