IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CR-00199-RJC-DCK

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| FRED CARRASCO JR. | ) |
| | ) |

**THIS MATTER** comes before the Court upon the defendant's motions for appointment of counsel, (Doc. Nos. 84, 87), and for a hearing on his motion for compassionate release, (Doc. No. 90).

The Court denied the defendant's previous request for appointment of counsel, (Doc. No. 77), and the information in the instant motions do not require a different result. Additionally, the defendant has not shown that a hearing is required under 18 U.S.C. § 3582(c)(1)(A). This matter has been thoroughly briefed by the parties, and the Court does not find that a hearing would aid the decisional process.

**IT IS, THEREFORE, ORDERED** that the defendant's motions for appointment of counsel, (Doc. Nos. 84, 87), are **DENIED**.

**IT IS FURTHER ORDERED** that the defendant's motion for a hearing, (Doc. No. 90), is **DENIED**.

Signed: August 31, 2022

Robert J. Conrad, Jr.
United States District Judge